Eastern District of Kentucky
**FILED**

FEB 21 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. _____

UNITED STATES OF AMERICA                                         PLAINTIFF

V.   **NOTICE BY UNITED STATES OF INTENT TO FILE INFORMATION AND MOTION FOR ARRAIGNMENT**

SYED S. ASIF                                                      DEFENDANT

\* \* \* \* \*

The United States gives notice that it intends to file a criminal information charging SYED S. ASIF with a misdemeanor violation. Therefore, the United States moves the Court to assign this matter a date for the filing of the information and an arraignment.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Paul McCaffrey
Paul McCaffrey
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4820
FAX (859) 233-2747
paul.mccaffrey@usdoj.gov