# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON



Eastern District of Kentucky
FILED
FEB 2 5 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** _____

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**                    **ORDER SETTING ARRAIGNMENT**

**SYED S. ASIF**                                                 **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States to assign this matter a date for the filing of the information and an arraignment is GRANTED, and this matter is set for arraignment on Friday, March 13, 2020, at 10:30 am in United States District Court at Covington.

The Court further ORDERS the Defendant to contact the United States Probation Office in Covington at telephone number (859) 392-7934, within 48 hours of the receipt of this Order, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to conditions of release.

On this 25th day of February, 2020.

Signed By:
*David L. Bunning*
United States District Judge

UNITED STATES DISTRICT JUDGE

Copies:  United States Marshal
United States Probation
Paul McCaffrey, Assistant United States Attorney
Scott C. Cox, Attorney for Defendant

## CERTIFICATE OF SERVICE

On February 21, 2020, I mailed a copy of this notice and motion to:

>Scott C. Cox
>Cox & Mazzoli, PLLC
>600 West Main Street
>Suite 300
>Louisville, Kentucky 40202
>*Attorney for Syed S. Asif*

>Assistant United States Attorney