Eastern District of Kentucky
**FILED**

MAR 0 4 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL CASE NO. 20-___-DLB-CJS

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                                          <u>ORDER</u>

SYED S. ASIF                                                                                       DEFENDANT

* * * * * * * * * * * * * * * * *

The Court being advised that the proposed Criminal Information in this matter charges the Defendant with a Class B misdemeanor in violation of 18 U.S.C. § 701, and pursuant to Rule 58, Federal Rule of Criminal Procedure,

IT **IS ORDERED** that this matter is hereby **reassigned to Magistrate Judge Candace J. Smith** for the taking of **Defendant's guilty plea on March 13, 2020 at 10:30 a.m. in Covington**, and upon consent, for sentencing in accordance with Rule 58(c)(3).

This 4th day of March, 2020.



Signed By:
<u>*David L. Bunning*</u>  *DB*
**United States District Judge**

CC: Scott Cox
Paul McCaffrey
USA-COV
USPO & USM    3/4/2020