UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON

CRIMINAL CASE NO. 20-___-CJS

UNITED STATES OF AMERICA     PLAINTIFF

vs.     <u>ORDER</u>

SYED S. ASIF     DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon the Court's own motion,

**IT IS ORDERED** that Defendant's court proceeding for the purpose of taking his guilty plea to proposed Criminal Information, which proceeding is currently scheduled for March 13, 2020 at 10:30 a.m. in Covington, is hereby **RESCHEDULED** for **March 13, 2020 at 2:00 p.m.** in Covington before the undersigned.

Dated this 6th day of March, 2020.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\criminal cov\2020\20-  -CJS Asif B misdem(PO) plea.docx

emailed: Scott Cox
Paul McCaffrey
cc: Inbox - USM, USA, USPO