UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

*Eastern District of Kentucky*
**FILED**
MAR 1 3 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                     INFORMATION NO. 20-cr-18-CJS
                                                       18 U.S.C. § 701

**SYED S. ASIF**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about October 7, 2016, in Boone County, in the Eastern District of Kentucky,

**SYED S. ASIF**

possessed a badge, identification card, and other insignia, of the design prescribed by the head of any department and agency of the United States for use by any officer and employee thereof, and any colorable imitation thereof, without authorization; to wit, a counterfeit United States Department of Health and Human Services Independent Inspector License bearing the insignia of the United States Department of Health and Human Services and the United States Food and Drug Administration, all in violation of Title 18, United States Code, Section 701.

*[signature]*
**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

Imprisonment for not more than 6 months, a fine of not more than $5,000, and supervised release for not more than 1 year.