UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Criminal Minutes – Initial Appearance and Plea and Sentencing

**Cr. No. 20-18-DLB-CJS**   at **COVINGTON**                                              03/13/2020

U.S. v. **SYED S. ASIF**                                            **X** Present   **X** OR

**DOCKET ENTRY:** Defendant appeared with counsel for filing of and plea to Information for violation of 18 U.S.C. § 701, unauthorized possession of a U.S. agency or department identification card, a Class B misdemeanor which is considered a petty offense pursuant to 18 U.S.C. § 19. Court was advised that Defendant wished to enter a plea of guilty to the Information. Proceedings were held as noted. The Court found the Defendant to be fully competent and capable of entering an informed plea. Further, the guilty plea is knowing and voluntary and supported by an independent basis in fact containing the essential elements of the offense charged in the Information. Plea is accepted and the Defendant is adjudged guilty of the offense charged in the Information. After hearing from counsel and Defendant, the Court proceeded with sentencing.

PRESENT:    **CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Kati Manning**          **KYED-COV   2-20-cr-18-CJS  20200313_142235**
Deputy Clerk            Audio File Number

I, Kati Manning, CERTIFY the official record of this proceeding is an audio file.

**Paul McCaffrey**          **Scott Cox**                              **X** Present   **X** Retained
Assistant U.S. Attorney     Attorney for Defendant

**PROCEEDINGS:   INITIAL APPEARANCE, PLEA, AND SENTENCING**

- **X**   Information filed.
- **X**   Defendant advised of the charge, potential penalties, and his relevant rights, pursuant to Federal Rule of Criminal Procedure 58.
- **X**   Defendant pleads **GUILTY** to the Information; Defendant **ADJUDGED** guilty of the offense set forth in the Information.
- **X**   Plea Agreement, as amended, filed with the Court.
- **X**   Court proceeded to sentencing, the parties having waived any presentence interview and report to which Defendant may be entitled.
- **X**   Sufficient sentence, not greater than necessary per applicable law, was imposed.
- **X**   Judgment to be separately entered.
- **X**   Defendant advised of his appeal rights.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

USA/USPO/USM/S. Cox
Deputy Clerk Init. **KRM**
TIC: 1 hr. 5 mins.
J:\DATA\Orders\criminal cov\2020\20-18-DLB-CJS ia & plea & sentg.docx